

|  | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>**CLERK OF COURT** | **WESTERN DISTRICT OF TEXAS**<br>262 W. Nueva St. Room 1-400<br>San Antonio, Texas 78207 | **ANNETTE FRENCH**<br>**CHIEF DEPUTY** |

February 26, 2024

Mark S. Reich
Levi & Korsinsky, LLp
55 Broadway, 4th Floor, Suite 427
New York, NY 10006

**RE**:  Civil Case No. 5:24-cv-206-FB

**Saurav** Sharma et al v. VisionWorks of America, Inc

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov.  If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK
United States District Court

By:_____
Deputy Clerk, Monica Granados-Ramos

cc: all counsel



**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS**
262 W. Nueva St. Room 1-400
San Antonio, Texas 78207

**PHILIP J. DEVLIN**
**CLERK OF COURT**

**ANNETTE FRENCH**
**CHIEF DEPUTY**

February 26, 2024

Courtney Maccarone
Levi & Korsinsky, LLp
55 Broadway, 4th Floor, Suite 427
New York, NY 10006

**RE**:  Civil Case No. 5:24-cv-206-FB

Saurav Sharma et al v. VisionWorks of America, Inc

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov.  If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK
United States District Court

By:_____
Deputy Clerk, Monica Granados-Ramos

cc: all counsel



**P**HILIP **J. D**EVLIN
**C**LERK OF **C**OURT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
262 W. Nueva St. Room 1-400
San Antonio, Texas 78207

**A**NNETTE **F**RENCH
**C**HIEF **D**EPUTY

February 26, 2024

Gary I. Ishimoto
Levi & Korsinsky, LLp
55 Broadway, 4th Floor, Suite 427
New York, NY 10006

   **RE**:  Civil Case No. 5:24-cv-206-FB

       Saurav Sharma et al v. VisionWorks of America, Inc

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov.  If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

                                 Sincerely,
                                 PHILIP J. DEVLIN, CLERK
                                 United States District Court

                                 By:_____
                                 Deputy Clerk, Monica Granados-Ramos

cc: all counsel