# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| SAURAV SHARMA, DIANE YOUNG, JAIME STIEVE, and GEORGE DEAN, on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>V.<br><br>VISIONWORKS OF AMERICA, INC.,<br><br>  Defendant. | CIVIL ACTION NO. SA-24-CA-206-FB |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME

Before the Court is Defendant Visionworks of America, Inc.'s Agreed Motion for an Extension of Time to Respond to Plaintiffs' Complaint. (Docket no. 11).  After careful consideration, the Court is of the opinion that Defendant has shown good cause to extend the deadline.  The motion shall be granted.

Accordingly, IT IS HEREBY ORDERED that Defendant Visionworks of America, Inc.'s Agreed Motion for an Extension of Time to Respond to Plaintiffs' Complaint (docket no. 11) is GRANTED such that Defendant shall have until **May 29, 2024**, to answer or otherwise respond to Plaintiffs' Class Action Complaint (docket no. 1).

It is so ORDERED.

SIGNED this 29th day of April, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE