## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| SAURAV SHARMA, DIANE YOUNG, JAIME STIEVE, and GEORGE DEAN, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> VISIONWORKS OF AMERICA, INC., <br><br> Defendant. | § § § § § § § § § § § § § CASE NO. 5:24-cv-00206-FB |

### NOTICE OF MOTION FOR LEAVE TO WITHDRAW
### JENNIFER WARNER TORREZ AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that Jennifer Warner Torrez, admitted *pro hac vice* as one of the attorneys of record for Defendant Visionworks Of America, Inc., ("Visionworks") in this action, seeks approval of this Honorable Court to withdraw as counsel of record for Visionworks, pursuant to Local Rule AT-3.

Lead counsel J. Daniel Harkins of Dykema Gossett PLLC will remain as counsel for Visionworks and, therefore, the withdrawal of Ms. Torrez will not cause any disruption or delay in this matter, nor any prejudice to any party.

Pursuant to Local Rule 7.1(d)(1), Visionworks states that no brief is necessary as this motion does not involve any legal issues which require briefing.

WHEREFORE, Visionworks respectfully requests that this Honorable Court order the withdrawal of Ms. Torrez as counsel of record for Visionworks effective immediately and remove Ms. Torrez from the ECF service list in the above-captioned action.

Dated:  May 31, 2024                    By: */s/ J. Daniel Harkins*
                                                   J. Daniel Harkins
                                                   TX Bar No. 09008990
                                                   DHarkins@dykema.com
                                                   Dykema Gossett PLLC
                                                   112 E. Pecan Street, Suite 1800
                                                   San Antonio, TX 78205
                                                   210-554-5285

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2024, the foregoing document was electronically filed with the Clerk of Court through the Court's CM/ECF system, which sent electronic notification of such filing to all parties of record.

                                                   */s/ J. Daniel Harkins*
                                                   J. Daniel Harkins

706170.001154  4879-5296-3011.1