IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAURAV SHARMA, DIANE YOUNG, JAIME STIEVE, and GEORGE DEAN, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> VISIONWORKS OF AMERICA, INC., <br><br> Defendant. | § § § § § § § § § § § § § | CASE NO. 5:24-cv-00206-FB |

**ORDER GRANTING DEFENDANT VISIONWORKS OF AMERICA, INC.'S MOTION FOR LEAVE TO WITHDRAW JENNIFER WARNER TORREZ AS COUNSEL OF RECORD**

On this day, the Court considered Defendant Visionworks Of America, Inc.'s ("Defendant") Motion For Leave to Withdraw Jennifer Warner Torrez as Counsel ("Motion for Leave to Withdraw"). The Court, having considered the Defendant's Motion for Leave to Withdraw, response, pleadings, and arguments of counsel, if any, is of the opinion that the Motion for Leave to Withdraw should be **GRANTED**. It is therefore:

**ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Leave to Withdraw Jennifer Warner Torrez as Counsel of Record is hereby in all things **GRANTED**.

It is further **ORDERED** that the withdrawal of attorney Jennifer Warner Torrez is hereby approved.

**SIGNED** this _____ day of _____, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE