IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAURAV SHARMA, DIANE YOUNG, JAIME STIEVE, and GEORGE DEAN, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> VISIONWORKS OF AMERICA, INC., <br><br> Defendant. | § § § § § § § § § § § § § | CASE NO. 5:24-cv-00206-FB |

**MOTION FOR MELANIE J. CHICO TO APPEAR**
***PRO HAC VICE* ON BEHALF OF DEFENDANT**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Melanie J. Chico, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendant, Visionworks of America, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm of Dykema Gossett PLLC, 10 South Wacker Dr., Ste. 2300, Chicago, IL 60606, 312-627-2558 (telephone), 800-951-5520 (facsimile).

2. Since 2007, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois. Applicant's bar license number is 6294469.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Illinois Supreme Court (full member) | 11/8/2007 |
| USDC for Northern District of Illinois (full member) | 12/13/2007 |
| USDC for Southern District of Illinois (full member) | 4/10/2014 |
| USDC for Central District of Illinois (full member) | 3/10/2015 |
| US Court of Appeals 7th Circuit | 03/2013 |
| USDC for Western District of Michigan (full member) | 1/14/2008 |
| District of Nevada (pro hac vice) | 08/2008 |
| Eastern District of Pennsylvania (pro hac vice) | 12/10/08 |
| USDC District of New Jersey (pro hac vice) | 01/12/2016 |
| USDC District of Ohio (pro hac vice) | 01/19/2016 |

4. Applicant is presently a member in good standing of the bars of the courts listed above.

5. I have not previously applied to Appear Pro Hac Vice in this district court.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7. Applicant has not been charged, arrested, or convicted or a criminal offense or offenses.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

J. Daniel Harkins
DYKEMA GOSSETT PLLC
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500

Should the Court grant applicant's motion, Applicant shall tender amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Melanie J. Chico to the Western District of Texas pro hac vice for this case only.

Dated:  May 31, 2024                By: _/s/ J. Daniel Harkins_
                                    J. Daniel Harkins
                                    TX Bar No. 09008990
                                    DHarkins@dykema.com
                                    Dykema Gossett PLLC
                                    112 E. Pecan Street, Suite 1800
                                    San Antonio, TX 78205
                                    210-554-5285

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, the foregoing document was electronically filed with the Clerk of Court through the Court's CM/ECF system, which sent electronic notification of such filing to all parties of record.

_/s/ J. Daniel Harkins_
J. Daniel Harkins