**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| SAURAV SHARMA, DIANE YOUNG, JAIME STIEVE, and GEORGE DEAN, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> VISIONWORKS OF AMERICA, INC., <br><br> Defendant. | § § § § § § § § § § § § CASE NO. 5:24-cv-00206-FB |

**ORDER GRANTING MOTION FOR MELANIE J. CHICO TO APPEAR
*PRO HAC VICE* ON BEHALF OF DEFENDANT**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Melanie J. Chico, counsel for Defendant, Visionworks of America, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is **GRANTED**, and Melanie J. Chico may appear on behalf of Defendant, Visionworks of America, Inc. in the above case.

IT IS FURTHER ORDERED that Melanie J. Chico, if she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with the Local Court Rule AT-1(f)(2).

**SIGNED** this _____ day of _____, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE