IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAURAV SHARMA, ON BEHALF OF THEMSLEVES AND ALL OTHERS SIMILARLY SITUATED; DIANE YOUNG, ON BEHALF OF THEMSLEVES AND ALL OTHERS SIMILARLY SITUATED; JAIME STIEVE, ON BEHALF OF THEMSLEVES AND ALL OTHERS SIMILARLY SITUATED; AND GEORGE DEAN, ON BEHALF OF THEMSLEVES AND ALL OTHERS SIMILARLY SITUATED;<br><br>*Plaintiffs,*<br><br>vs.<br><br>VISIONWORKS OF AMERICA, INC.,<br><br>*Defendant.* | § § § § § § § § § § § § § § § § § § § § § § § | SA-24-CV-00206-FB |

**<u>ORDER STAYING CASE</u>**

Before the Court in the above-styled cause of action is the parties' Renewed Joint Motion for Continuance of Hearing on Pending Motions [#30]. By their motion, the parties ask for a second continuance of the hearing on Defendants' motion to dismiss and motion to compel arbitration in light of their scheduled mediation. The Court does not currently have a hearing set on the motions, as the Court canceled the September 18, 2024 hearing at the parties' request in an order dated September 16, 2024. In that Order, the Court directed the parties to file an advisory regarding the outcome of their mediation within 10 days of the completion of the mediation. In light of the parties' motion, which informs the Court that mediation will not occur until January 2025, the Court will stay this case and remind the parties to advise the Court of the

1

outcome of their mediation within 10 days of the mediation's completion. If this case does not settle in mediation, the parties may move for the stay to be lifted.

**IT IS HEREBY ORDERED** that the parties' Renewed Joint Motion for Continuance of Hearing on Pending Motions [#30] is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that this case is **STAYED** pending the parties' January 2025 mediation.

**IT IS FURTHER ORDERED** that the parties file an Advisory on the outcome of the mediation as previously ordered within 10 days of the mediation. The parties may move to lift the stay if the mediation is unsuccessful.

SIGNED this 18th day of November, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE