**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SAURAV SHARMA, DIANE YOUNG, JAIME STIEVE, and GEORGE DEAN, On Behalf of Themselves and All Others Similarly Situated, | § | |
| | § | CASE NO. 5:24-cv-00206-FB |
| Plaintiffs, | § | |
| v. | § | |
| VISIONWORKS OF AMERICA, INC., | § | |
| Defendant. | § | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant, Visionworks of America, Inc. ("Defendant"), respectfully moves the Court pursuant to Local Rule CV-7(B) and 7(E)(1) for entry of an Order permitting it to file the Notice of Supplemental Authority attached hereto as **Exhibit 1** in support of its Motion to Dismiss. (ECF No. 13) Attached hereto as **Exhibit 2** is a proposed order granting this Motion for Leave.

Specifically, Defendant seeks leave to file a Notice of Supplemental Authority informing the Court of the recent decision from the Northern District of Texas made after Defendant filed its Reply in Support of its Motion to Dismiss on August 5, 2024 – *Rachelle Rand, et al. v. Eyemart Express, LLC*, Civil Action No. 3:24-CV-000621-N, 2024 U.S. Dist. LEXIS 180204 (N.D. Tex. Oct. 1, 2024) (Chief United States District Judge, David C. Godbey, Presiding), entered on October 1, 2024 ("*Eyemart*") (attached to Exhibit 1 as **Exhibit A).**

In support of this Motion for Leave, Defendant states as follows:

1. Defendant filed its Motion to Dismiss on May 29, 2024. (ECF No. 13), Plaintiffs filed their Response in Opposition to the Motion to Dismiss on July 8, 2024. ( ECF No. 22), and Defendant filed its Reply in Support of its Motion to Dismiss on August 5, 2024. (ECF No. 25)

2. On October 1, 2024, the Northern District of Texas issued the *Eyemart* decision. *See* Exhibit A to Exhibit 1. As set forth more fully in the Notice of Supplemental Authority, this decision provides additional support for Defendant's argument that the Plaintiffs' Complaint should be dismissed for failure to state a claim at pgs. 3, 9 – 11, and 18 (references are to ECF-assigned pagination) in its Motion to Dismiss (ECF No. 13) and pgs. 2 – 4 and 6 – 7 in its Reply (ECF No. 25).

3. Plaintiffs did not and cannot plead facts showing any individually identifiable health information ("IIHI") or Protected Health Information ("PHI") was actually collected or disclosed by Defendant through the website interactions. *Eyemart*, 2024 U.S. Dist. LEXIS at *12. Each of Plaintiffs' six counts rest on the allegation that Plaintiffs' IIHI or PHI was intercepted by Meta. *See, e.g.*, Compl., ¶¶ 6, 23, 193, 217, 225, 230, 240, 249. (ECF No. 1) However, Plaintiffs' allegations of disclosure of IIHI or PHI are inconsistent and vague, and a close reading of the Complaint demonstrates that the categories of information they claim constitute IIHI or PHI categorically are not. At most, the disclosure of Plaintiffs' activity on the Defendant's website could potentially allow speculation about their healthcare.

4. Defendant's counsel has attempted to but has been unable to confer with Plaintiffs' counsel about the instant Motion, and as a result, it is not known whether Plaintiffs is opposed to this Motion for Leave.

WHEREFORE, Defendant respectfully requests that this Court grant leave to file the Notice of Supplemental Authority attached hereto as Exhibit 1 in support of its Motion to Dismiss. A proposed order is attached as Exhibit 2.

Dated: December 23, 2024

Respectfully submitted,
VISIONWORKS OF AMERICA, INC.

By: s/*J. Daniel Harkins*______
One of Its Attorneys

DYKEMA GOSSETT PLLC
J. Daniel Harkins
*dharkins@dykema.com*
112 Pecan St., Ste. 1800
San Antonio, TX 78205
Tel: (210) 554-5500
Fax: (866) 219-7593

Cinthia Granados Motley (*pro hac vice*)
*cmotley@dykema.com*
10 S. Wacker Dr., Ste. 2300
Chicago, IL 60606
Tel.: (312) 876-1700
Fax: (312) 876-1155

**CERTIFICATE OF CONFERENCE**

I hereby certify that Cinthia Granados Motley, Defendant's counsel, attempted to confer with Mark Reich, Plaintiffs' counsel, via email on or about December 20, 2024 and again on December 23, 2024 regarding Defendant's motion for leave to submit supplemental authority related to its motion to dismiss. Defendant's counsel has not received a response from Plaintiffs' counsel about the instant Motion, and as a result, I do not know if Plaintiffs' counsel is opposed to this motion.

By: /s/ *Cinthia Granados Motley*
One of Defendant's Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 23, 2024.

By: /s/ *J. Daniel Harkins*
One of Defendant's Attorneys