IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAURAV SHARMA, ON BEHALF OF THEMSLEVES AND ALL OTHERS SIMILARLY SITUATED; DIANE YOUNG, ON BEHALF OF THEMSLEVES AND ALL OTHERS SIMILARLY SITUATED; JAIME STIEVE, ON BEHALF OF THEMSLEVES AND ALL OTHERS SIMILARLY SITUATED; AND GEORGE DEAN, ON BEHALF OF THEMSLEVES AND ALL OTHERS SIMILARLY SITUATED; | § | SA-24-CV-00206-FB |
| *Plaintiffs,* | § | |
| vs. | § | |
| VISIONWORKS OF AMERICA, INC., | § | |
| *Defendant.* | § | |

**ORDER OF ADMINISTRATIVE CLOSURE**

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings on May 30, 2024. Defendant filed a motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6) and a motion to compel arbitration on May 29, 2024, over eight months ago. The parties repeatedly requested extensions of the time to respond to these motions and then, after the Court ultimately set the motions for a hearing, moved to continue the hearing due to a mediation scheduled for January 2025. On November 18, 2024, the Court ordered the parties to file an advisory on the outcome of their mediation and stayed this case. To date, the parties have not filed the ordered advisory regarding the mediation. Due to the extraordinary delay in this case, which still does not have a Scheduling Order and is still awaiting a determination on threshold issues regarding jurisdiction, the sufficiency of the

pleadings, and the proper forum for this dispute, the Court has determined the best course is to administratively close this case and to dismiss all pending motions without prejudice to refiling updated versions of the motions or another responsive pleading if the case is ultimately reopened.

**IT IS HEREBY ORDERED** that the Clerk **ADMINISTRATIVELY CLOSE** this case pending further Court order.

**IT IS FURTHER ORDERED** that Defendant's Motions [#13, #14, and #32] are hereby **DISMISSED WITHOUT PREJUDICE** to refiling at later date if this case is reopened.

SIGNED this 12th day of February, 2025.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE