# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SAURAV SHARMA, DIANE YOUNG, JAIME STIEVE, and GEORGE DEAN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISIONWORKS OF AMERICA, INC.,<br><br>Defendant. | Case No.: 5:24-cv-00206-FB<br><br>**DECLARATION OF PATRICK YARBOROUGH IN SUPPORT OF PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** |

I, **Patrick Yarborough**, declare as follows:

1.   I am local counsel for Plaintiffs in this action and have been involved in the preparation, review, and management of filings in this matter from the date of filing. I make this declaration based on my personal knowledge, and if called as a witness, I could and would competently testify to the matters set forth herein.

2.   On **November 18, 2025**, Plaintiffs' lead counsel Mark Reich and Defendant's lead counsel Harkins exchanged drafts of the Response to the Order to Show Cause. I was copied on those emails, in which Mr. Harkins suggested changes, and Mr. Reich gave his final approval of, changes to Plaintiffs' Response to the Court's Order to Show Cause. At that point, all substantive and procedural components of the Response had been completed, and once Mr. Harkins' redlines were accepted and turned into a PDF, the document would be ready for filing.

3.   **Failure to File on November 24.**  Unfortunately, due to an internal oversight on the part of my office, assuming the file-ready document would be sent by Mr. Reich's office, the Response was not filed by the Court's November 24, 2025 deadline. As I learned today, my co-counsel, Mr.

1

Reich, left the office on November 18 following the sudden passing of his sister and entered shiva, a seven-day period of mourning in accordance with his Jewish faith, following the funeral. This evening, he checked in on the filing, and that is when our error was identified.

4.   The missed deadline was not attributable to Mr. Reich or any other member of his firm. I regret the error and offer my sincere apologies to the Court.

5.   **Prompt Corrective Action.** As soon Mr. Reich flagged that the Response had not been filed, this evening, I immediately worked with Plaintiffs' co-counsel to prepare and submit both (a) the Plaintiffs' Response to the Order to Show Cause and (b) this affidavit explaining the circumstances. Plaintiffs remain committed to complying fully with all Court deadlines and directives going forward.

6.   Throughout the period in question, Plaintiffs and counsel acted in good faith and continued to prosecute the matter, including ongoing communication with defense counsel and the scheduling of a mediation for December 18, 2025. The missed deadline was not reflective of any lack of diligence in the underlying prosecution of the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 26th day of November, 2025.

_____
Patrick Yarborough, Plaintiffs' Local Counsel

.