IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SAURAV SHARMA, DIANE YOUNG, JAIME STIEVE, and GEORGE DEAN on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISIONWORKS OF AMERICA, INC.,<br><br>Defendant. | Case No.: 5:24-CV-00206-FB |

**JOINT ADVISORY REGARDING MEDIATION**

Pursuant to the Court's December 2, 2025 Order (ECF No. 36), the parties respectfully submit this joint advisory regarding the outcome of the mediation held on December 18, 2025, before mediator Don Philbin.

The parties participated in a half-day mediation that was conducted in-person and via videoconference, with all parties present via counsel. The discussions were productive and conducted in good faith.

Despite good-faith efforts, the parties were unable to reach a resolution. Plaintiffs respectfully request that the Court administrative stay the matter to pending the stay of *Rand v. Eyemart Express, LLC*, No. 25-10784 (5th Cir. Oct. 9, 2025), ECF No. 16-1 at 4, which may be dispositive of the issues here. Although Defendant agrees that the *Rand* matter may be dispositive of the issues raised in this case, Defendant opposes a stay given the status of this litigation and the length of time that this case has been on file.

The parties thank the Court for its continued patience and oversight as they work toward resolution and will comply with any further directives as needed.

1

Respectfully submitted,

Dated: December 19, 2025

*/s/ J. Daniel Harkins*
**DYKEMA GOSSETT PLLC**
J. Daniel Harkins
Ryan D. Landry
112 Pecan St., Ste 1800
Tel: (210) 554-5500
Fax: (866) 219-7593
Email: dharkins@dykema.com
Email: rlandry@dykema.com

*Attorneys for Defendant Visionworks of America, Inc.*

**FOSTER YARBOROUGH PLLC**

By: */s/ Patrick Yarborough*
Patrick Yarborough
Jeffrey Lucas Ott

440 Louisiana Street, Suite 1800
Houston, TX 77002
Tel: (713) 331-5254

Fax: (713) 513-5202
Email: patrick@fosteryarborough.com
Email: luke@fosteryarborough.com

**LEVI & KORSINSKY, LLP**

Mark S. Reich*
Gary S. Ishimoto*
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: gishimoto@zlk.com

*Counsel for Plaintiffs Saurev Sharma, Diane Young, Jaime Stieve, and George Dean, On Behalf of Themselves and All Others Similarly Situated*

*\*admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 19, 2025.

By: */s/ Patrick Yarborough*
Patrick Yarborough