**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SAURAV SHARMA, DIANE YOUNG, JAIME STIEVE, and GEORGE DEAN, On Behalf of Themselves and All Others Similarly Situated, | § | |
| | § | CASE NO. 5:24-cv-00206-FB |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| VISIONWORKS OF AMERICA, INC., | § | |
| | § | |
| Defendant. | § | |

**<u>JOINT ADVISORY REGARDING STATUS OF RAND APPEAL</u>**

Pursuant to the Court's January 16, 2026 Order (Dkt. 42), the parties respectfully submit this joint advisory to inform the Court that Oral Argument was held on March 30, 2026 in *Rand v. Eyemart Express, LLC*, Fifth Circuit Court of Appeals Docket No. 25-10784 (the "Rand Appeal").

The Parties will file an additional advisory once they learn that the Fifth Circuit has issued an opinion in the Rand Appeal.

Dated: March __, 2026

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

*/s/ Ryan D. Landry*
J. Daniel Harkins
Ryan D. Landry
112 Pecan St., Ste 1800
San Antonio, TX 78205
Tel: (210) 554-5500
Fax: (866) 219-7593
Email: dharkins@dykema.com
Email: rlandry@dykema.com

Cinthia Granados Motley
**DYKEMA GOSSETT PLLC**
10 S. Wacker Dr., Ste. 2300
Chicago, IL 60606
Tel: (312) 876-1700
Fax: (312) 876-1155
Email: cmotley@dykema.com

***Attorneys for Defendant Visionworks of America, Inc.***

**FOSTER YARBOROUGH PLLC**

*/s/ Mark S. Reich (w/permission)*
Patrick Yarborough
Jeffrey Lucas Ott
917 Franklin Street, Suite 220
Houston, TX 77002
Tel: (713) 331-5254
Fax: (713) 513-5202
Email: patrick@fosteryarborough.com
Email: luke@fosteryarborough.com

**LEVI & KORSINSKY, LLP**
Mark S. Reich*
Gary S. Ishimoto*
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: mreich@zlk.com
Email: gishimoto@zlk.com

***Counsel for Plaintiffs Saurev Sharma, Diane Young, Jaime Stieve, and George Dean, On Behalf of Themselves and All Others Similarly Situated***

****admitted pro hac vice***

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2026 this document filed through the ECF system will be sent electronically to the registered participants to those parties identified on the Notice of Electronic Filing.

By: *<u>/s/ Ryan D. Landry</u>*
Ryan D. Landry